IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTORIA WESTOVER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-462-GPM |
| | ) |
| **UNUM PROVIDENT INSURANCE COMPANY OF NORTH AMERICA,** | ) ) |
| | ) |
| **Defendant.** | ) |

# ORDER

**MURPHY, Chief District Judge:**

Following a hearing, the Court granted Defendant's motion to dismiss and granted Plaintiff leave to file an amended complaint on or before November 14, 2005. Plaintiff did not do so. Accordingly, this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: 12/21/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge