# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTORIA WESTOVER,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-462-GPM |
| **UNUM PROVIDENT INSURANCE COMPANY OF NORTH AMERICA,** | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on Defendant's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated December 21, 2005, judgment is entered in favor of **UNUM LIFE INSURANCE COMPANY OF AMERICA**, a corporation, which Plaintiff improperly designated as **UNUM PROVIDENT INSURANCE COMPANY OF NORTH AMERICA**, and against **VICTORIA WESTOVER**.  This action is dismissed **with prejudice.**

**DATED**:  01/17/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE